UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| JOSEPH MERRY, JR. ) | |
| ) | CHAPTER 13 PROCEEDINGS |
| ) | CASE NO.: 14-22938 JPK |
| Debtor ) | |

## AMENDED
## AGREED ORDER UPON REINSTATEMENT

Comes now Debtor, by counsel, Jeffrey D. Best, and comes now Paul R. Chael, Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2. Debtor will continue to make his Plan payments beginning with the payment due October 28, 2015. All payments are to be made in a full and timely manner. Failure to do so will result in a dismissal of the case.

3. In the event the Debtor fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee and a five (5) day grace period.

/s/ Jeffrey Best
Attorney for Debtor

/s/ Amy J. Godshalk
Staff Attorney for Paul R. Chael
Standing Chapter 13 Trustee

Entered: _____

_____
Judge, U. S. Bankruptcy Court